## Inquiry into the CONDUCT OF the Honorable Alan F. PENDLETON.

## No. A14–1871.

Supreme Court of Minnesota.

Sept. 8, 2015.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that pursuant to Rule 15(b), Rules of the Board on Judicial Standards, effective as of the close of business today, the Honorable Alan F. Pendleton is suspended with pay from the office of district court judge pending a final decision by the court as to the ultimate discipline.

---

BY THE COURT:

/s/Lorie S. Gildea
Lorie S. Gildea
Chief Justice